**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**September 25, 2003**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-30135
Summary Calendar

_____

KEENAN TEMPLE,

                                        Plaintiff-Appellant,

versus

ED C. DAY, JR.; RICHARD STALDER; RONALD BONVILLIAN,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
(00-CV-2110-K)
--------------------

Before JOLLY, JONES, and WIENER, Circuit Judges.

PER CURIAM:[*]

     Plaintiff-Appellant Keenan Temple, Louisiana prisoner no. 103483, appeals the district court's summary-judgment dismissal of his 42 U.S.C. § 1983 action on grounds of qualified immunity. Temple contends that the defendants conspired to violate his rights by not timely revoking his parole and by not recalculating his sentence during the Administrative Remedy Procedure (ARP) that Temple initiated at the prison prior to seeking judicial relief.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Temple concedes that defendant Bonvillian is absolutely immune from suit.  The district court correctly determined that defendants Day and Stalder enjoy qualified immunity because Temple failed to show that their actions were not objectively reasonable "in light of clearly established law" in existence at the time of his parole revocation and ARP.  <u>Anderson v. Creighton</u>, 483 U.S. 635, 639, 641 (1987).  The judgment of the district court is

AFFIRMED.